UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WILLIAM DAVID LAUGA                           CIVIL ACTION

VERSUS                                        NO. 10-1967

ST. TAMMANY PARISH SHERIFF'S                  SECTION "F"
OFFICE, ET AL

ORDER

Before the Court are (1) the magistrate's report and recommendation, recommending dismissal with prejudice of the plaintiff's complaint, and (2) the plaintiff's ex parte motion to appoint counsel.

IT IS ORDERED: that the magistrate's report and recommendation is ADOPTED in full.

IT IS FURTHER ORDERED: that the plaintiff's motion for appointment of counsel is DENIED as moot.

New Orleans, Louisiana, November 22, 2010.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE